## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| LAURA GUYOT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UR M. JADDOU, in her official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-1549-JHC <br><br> ORDER GRANTING STIPULATED JOINT MOTION TO HOLD CASE IN ABEYANCE |

**ORDER**

For good cause shown, the Stipulated Joint Motion to Hold the Case in Abeyance, Dkt. # 10, is **GRANTED**. The case is held in abeyance until July 7, 2025. The parties shall submit a joint status report on or before July 7, 2025. The Court DIRECTS the Clerk to strike the motion to dismiss at Dkt. # 7. It is so **ORDERED**.

DATED this 6th day of January, 2025.

*/s/ John H. Chun*
JOHN H. CHUN
United States District Judge

Order Granting the Parties' Stipulated Joint Motion to Hold Case in Abeyance - 1
(2:24-cv-1549-JHC)