UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA GUYOT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UR M. JADDOU, in her official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-1549-JHC<br><br>ORDER HOLDING CASE IN ABEYANCE FOR AN ADDITONAL 30 DAYS |

**ORDER**

Upon consideration of the Parties' Joint Status Report, Dkt. # 12, this matter shall be held in abeyance for an additional 30 days, until August 6, 2025. The parties shall submit a joint status report on or before August 6, 2025. It is so **ORDERED**.

DATED this 7th day of July, 2025.

JOHN H. CHUN
United States District Judge

Order Holding Case in Abeyance for an Additional 30 Days - 1
(2:24-cv-1549-JHC)