UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA GUYOT, *et al.*, | No. 2:24-cv-01549-JHC |
| Plaintiff, | ORDER DISMISSING PROCEEDINGS |
| v. | |
| UR M. JADDOU, *et al.*, | |
| Defendants. | |

The Court GRANTS the stipulated motion to dismiss at Dkt. # 15.  The case is dismissed without prejudice.

It is so **ORDERED**.

DATED this 19th day of August, 2025.

_____
JOHN H. CHUN
United States District Judge